IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

VERNON ARMSTRONG,

    Plaintiff,

vs.                                    CASE NO. 1:06-CV-135-SPM

DAYS INN OF LAKE CITY; NICK PATEL
and B.J. PATEL d/b/a DAYS INN OF
LAKE CITY; and DEFENDANT "A"
d/b/a DAYS INN OF LAKE CITY,

    Defendants.
_____/

## ORDER OF DISMISSAL

Pursuant to the Notice of Settlement (doc. 30), and Northern District of Florida Local Rule 16.2(D), it is ORDERED AND ADJUDGED as follows:

1. This case is hereby dismissed with prejudice.

2. The Court retains jurisdiction for a period of sixty (60) days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this twenty-fifth day of February, 2008.

                                      *s/ Stephan P. Mickle*
                                     Stephan P. Mickle
                                     United States District Judge